```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF IOWA
                     CENTRAL DIVISION
```

```
JENNIFER J. DANE,              )
                               )   NO. 4:11-cv-00568-JEG-RAW
       Plaintiff,              )
                               )   ORDER FOLLOWING
  vs.                          )   FINAL PRETRIAL
                               )   CONFERENCE
UNITED STATES OF AMERICA,      )
                               )
       Defendant.              )
```

This matter came on for final pretrial conference on February 28, 2014. Attorney Robin Hermann appeared for plaintiff. Attorney William Purdy appeared for defendant. Following discussion with counsel the following orders are entered:

    1. <u>Final Pretrial Order</u>. The parties submitted a proposed Final Pretrial Order which is approved and filed separately.

    2. <u>Pretrial Filings</u>. There are no pretrial filings. The parties request a post-trial briefing/proposed findings schedule at the conclusion of the evidence. They believe post-trial briefing in light of the evidence would be more useful.

    3. <u>Witnesses and Exhibits</u>. Counsel should have their witnesses present and available to testify so that the Court does not have to await their appearance. The parties agree all witnesses may be present during trial.

    All of the exhibits will come into the record as category A exhibits, that is, exhibits which are considered to have been

received from the outset of the trial without further offer, proof or objection. The government is preparing a joint book and disc of exhibits. A bench copy of the exhibits should be provided to Chief Judge Gritzner's chambers not later than **March 7, 2014.** The exhibits should be numbered or lettered to conform with their designations in the final pretrial order.

    4.   <u>Length of Trial</u>. The parties anticipate the trial will last two-three (2-3) days.

    5.   <u>Settlement Potential</u>. Settlement is unlikely. In the event the parties do reach a settlement, they should notify the Court before the end of business **Friday, March 14, 2014.**

    6.   <u>Trial Date and Time</u>. This matter is currently set for jury trial on **Monday, March 17, 2014 at 9:00 a.m. at the federal courthouse in Des Moines, Iowa**. Counsel should appear in chambers at **8:30 a.m.** the morning of the trial.

    7.   <u>Miscellaneous Issues</u>. By local rule opening statements are no more than fifteen minutes. After the first day of trial, Judge Gritzner will run a 9:00-4:30 p.m. trial day with breaks.

    IT IS SO ORDERED.

    Dated this 28th day of February, 2014.

                                              _____
                                              ROSS A. WALTERS
      2                                         UNITED STATES MAGISTRATE JUDGE